**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MARTIN NORTON, III,<br><br>　　　　　　Petitioner,<br>　v.<br>WILLIAM HUTCHINGSON, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:23-cv-01357-RFB-MDC<br><br>**ORDER** |

Respondents seek an extension of time to file their response to the petition. ECF Nos. 10, 13. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Respondents' first Motion to Extend Time (ECF No. 10) is GRANTED *nunc pro tunc*.

It is further ordered that Respondents' second unopposed Motion to Extend Time (ECF No. 13) is GRANTED. Respondents have until September 26, 2024, to file their response.

DATED this 25 day of September, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE