**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MARTIN NORTON, III,<br><br>             Petitioner,<br>  v.<br><br>WILLIAM HUTCHINGSON, *et al.*,<br><br>             Respondents. | Case No. 2:23-cv-01357-RFB-MDC<br><br>**ORDER** |

      Respondents seek an extension of time to file their reply in support of their motion to dismiss. ECF No. 28. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

      **IT IS THEREFORE ORDERED** that Respondents' first Motion to Extend Time (ECF No. 28) is **GRANTED**. Respondents have until December 5, 2024, to file their reply.

      **DATED:** November 19, 2024.

                                                        **RICHARD F. BOULWARE, II**
                                                        **UNITED STATES DISTRICT JUDGE**